IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TYLER DWAYNE JOHNS
        Petitioner,

v.

LEE ESTOCK, *et al.*,
        Respondents.

CIVIL ACTION
NO. 18-5559

## ORDER

**AND NOW**, this 7th day of November, 2019, upon careful and independent consideration of the Petition for Writ of *Habeas Corpus* (ECF Docket No. 4), the Report and Recommendation of the United States Magistrate Judge Timothy R. Rice (ECF Docket No. 7), and Petitioner's Objection thereto (ECF Docket No. 8), it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of *Habeas Corpus* is **DENIED** with prejudice;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of Court shall mark this case closed for statistical purposes.

                                        **BY THE COURT:**

                                        **/s/ Jeffrey L. Schmehl**
                                        **Jeffrey L. Schmehl, J.**